DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VELJO KURIK,**
Appellant,

v.

**AIME SAABAS, ILMAR SAABAS, PEETER SAABAS** and **HELEN UURMAN,** as successors in interest to Enn Saabas, deceased,
Appellees.

No. 4D17-2682

[April 19, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE17004130.

Seth Wieder of Loan Lawyers, LLC, Fort Lauderdale, for appellant.

Alan B. Gest of Alan B. Gest, P.A., Aventura, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and LEVINE, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***